BAE SYSTEMS ELECTRONICS
LIMITED, Plaintiff–
Appellant,

v.

ROCKWELL COLLINS, INC. and Elcan
Optical Technologies (an unincorpo-
rated division of Raytheon Company),
Defendants–Appellees.

No. 04–1601.

United States Court of Appeals,
Federal Circuit.

Oct. 19, 2004.

*ORDER*

Upon consideration of the parties' joint motion to dismiss this appeal with prejudice pursuant to Fed. R.App. P. 42(b),

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each party shall bear its own costs.

John A. GANGEMI, Petitioner,

v.

DEPARTMENT OF THE INTERIOR,
Respondent.

No. 04–3202.

United States Court of Appeals,
Federal Circuit.

Oct. 19, 2004.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

---

* We note that the parties request that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.